1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

EPSON ELECTRONICS AMERICA, INC.,

            Plaintiff,

    v.

TOKIO MARINE AND NACHIDO FIRE
INSURANCE CO. LTD, etc.

            Defendant.

_____/

No. C 12-4592 RS

**ORDER RE SUMMARY JUDGMENT
PROCEDURES**

       Plaintiff has filed two separate summary judgment motions, both presently calendared for January 24, 2013, which is also the date of the initial Case Management Conference in this action. While filing separate summary judgment motions on segregable issues may be appropriate in some instances, doing so unilaterally and without prior Court approval evades the page limit requirements, which are only subject to modification upon an appropriate showing.   Additionally, the fact that these are motions brought by a plaintiff, at a very early stage in the proceedings, raises the specter of a series of additional summary judgment motions, brought by plaintiff and/or defendant, if the first motions are not granted.  Such *seriatim* motion practice may serve judicial efficiency in limited circumstances, but again, a showing must be made as to the reasons it is appropriate in a particular case.

        Accordingly, the hearing date on the two motions presently pending is vacated.  In conjunction with preparing for the initial Case Management Conference, the parties shall discuss any and all summary judgment motions they contemplate bringing, and attempt to reach agreement as to a plan for doing so in a manner that serves judicial efficiency.

IT IS SO ORDERED.

Dated:  12/13/12

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California