IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EPSON ELECTRONICS AMERICA, INC., <br><br> Plaintiff, <br><br> v. <br><br> TOKIO MARINE AND NACHIDO FIRE INSURANCE CO. LTD, etc. <br><br> Defendant. <br>_____/ | No. C 12-4592 RS <br><br> **ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND APPROVING STIPULATION RE BRIEFING SCHEDULE AND PAGE LIMIT EXTENSIONS FOR CROSS SUMMARY JUDGMENT MOTIONS** |

    The parties' stipulation filed December 21, 2012 (Dkt. No. 21) to set a briefing schedule and extend page limits for their cross summary judgment motions is approved. The parties are strongly advised to make every effort to be concise in their briefing and to avoid repetition, particularly in light of the fact that many of the arguments each side offers in support of its own motion may substantially overlap with its opposition to the other side's motion. The extended page limits should be viewed as maximums, not minimums, and may well exceed the lengths necessary for well-edited and compelling presentations.

    In view of the parties' representations that this action likely will be resolved by the cross-motions without the need for discovery or other proceedings, the Case Management Conference is hereby continued to May 16, 2013 at 10:00 a.m., with the expectation that it will ultimately prove unnecessary.

1  IT IS SO ORDERED.
2
3
4
   Dated: 12/26/12
5
                              _____
6                             RICHARD SEEBORG
                              UNITED STATES DISTRICT JUDGE
7