**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EPSON ELECTRONICS AMERICA, INC., | No. C 12-4592 RS |
| Plaintiff, | |
| v. | **JUDGMENT** |
| TOKIO MARINE AND NACHIDO FIRE INSURANCE CO. LTD, etc. | |
| Defendant. | |

Based on the order issued herewith, denying plaintiff's motion for summary judgment and granting defendants' motion for summary judgment, the Court enters judgment in favor of defendants and against plaintiff in the above-entitled action.

IT IS SO ORDERED.

Dated: 7/19/13

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE